IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FINANCIAL SOFTWARE SYSTEMS, INC.,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **QUESTRADE, INC.,** | : | No. 18-742 |
| *Defendant.* | : | |

# O R D E R

**AND NOW**, this 27th day of June, 2018, upon consideration of Defendant's Motion to Dismiss (Doc. No. 3), Plaintiff's Response (Doc. No. 7), and oral argument held on June 6, 2018, **it is ORDERED** that the Motion to Dismiss (Doc. No. 3) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE