# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FINANCIAL SOFTWARE SYSTEMS, INC.,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| v. | : | |
| **QUESTRADE, INC.,** | : | **No. 18-742** |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 8th day of May, 2019, upon consideration of Financial Software Systems, Inc.'s Motion for Summary Judgment (Doc. No. 23), Questrade, Inc's Motion for Summary Judgement (Doc. No. 24), and the parties' responses and replies (Doc. Nos. 26, 27, and 30), and following an oral argument, **it is ORDERED** that:

1. Financial's Motion for Summary Judgment (Doc. No. 23) is **DENIED** as set out in the accompanying Memorandum; and

2. Questrade's Motion for Summary Judgment (Doc. No. 24) is **DENIED** as set out in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE